# SENTENCE DATA SHEET

**DEFENDANT:**  ALONZO HORACE HARRIS

**CRIMINAL NO:**  Cr. No. H-11-679-S2

**GUILTY PLEA:**  Defendant will plead guilty with a plea agreement to <u>Counts Two, Seven, Nine, Seventeen, and Eighteen</u> of the indictment pursuant to Rule 11(c)(1)(A)&(B).

## SUMMARY OF PLEA AGREEMENT

(a) At the time of sentencing, the United States agrees not to oppose defendant's anticipated request to the Court and the United States Probation Office that he receive a two (2) level downward adjustment pursuant to U.S.S.G. Section 3E1.1(a) should the defendant accept responsibility as contemplated by the Sentencing Guidelines;

(b) If the defendant qualifies for an adjustment under U.S.S.G. Section 3E1.1(a), the United States agrees not to oppose the defendant's request for an additional one level departure based on the timeliness of the plea or the expeditious manner in which the defendant provided complete information regarding his role in the offense if the defendant's offense level is 16 or greater;

(c) The Defendant agrees to cooperate fully with the United States and provide truthful testimony, including but not limited to, all grand jury proceedings, live testimony in open court and participate in all law enforcement debriefings;

(d) Not to file any additional charges relating to the bank robbery conspiracy the defendant has plead to committed in the Southern District of Texas between the dates of May 4, 2007 through September 16, 2011; and

(e) At the time of sentencing, the United States agrees to dismiss all

remaining counts in the indictment.

## COUNT TWO:
## Conspiracy to Commit Bank Robbery - 18 United States Code, 371

**ELEMENTS:**

*First*: That the defendant and at least one other person made an agreement to commit a bank robbery of federally insured banks as charged in the indictment;

*Second*: That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose, to wit, commit a bank robbery; and

*Third*: That one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the indictment, in order to accomplish some object or purpose of the conspiracy.

**PENALTY:** Imprisonment of up to five and a fine of up to $250,000.

**SUPERVISED RELEASE:** Three (3) years supervised release.

**SPECIAL ASSESSMENT:** $100

## COUNTS SEVEN, NINE AND SEVENTEEN:
Bank Robbery - 18 United States Code, Section 2113(a)

**ELEMENTS:**

*First*: That the defendant intentionally took money from a person;

*Second*: That the money belonged to or was in the possession of a federally insured bank at the time of the taking; and

*Third*: That the defendant took the money by means of force and

violence or by means of intimidation.

**PENALTY:** Imprisonment of up to twenty years in and a fine of up to $250,000.

**SUPERVISED RELEASE:** Three (3) years supervised release.

**SPECIAL ASSESSMENT:** $100

## COUNT EIGHTEEN :
Use of Firearm during commission of Violent Crime- Title 18, United States Code, Section 924(c)(1)(A)(iii)

**ELEMENTS:**

*First*: That the defendant knowingly discharged a firearm; and

*Second*: In furtherance of a crime of violence, namely a bank robbery, for which may be prosecuted in a court of the United States.

**PENALTY:** (iii) if the firearm is discharged, be sentenced to a term of imprisonment of not less than 10 years and up to life in prison.

**SUPERVISED RELEASE:** five (5) years supervised release

**SPECIAL ASSESSMENT:** $100

**SENTENCING GUIDELINES:** Applicable

**ATTACHMENT:** Plea Agreement

**CITIZENSHIP:** United Sates