JUDGE: DAVID HITTNER
CASE MANAGER: ELLEN ALEXANDER
RPTR/TAPE: F. Warren
USPO: Norma Cruz for Hugo Mejia
INTERPRETER: N/A
TIME: 9:45 begin / 10:00 end A.M. / P.M.
DATE: 11-14-13

CR. NO. H-11-679  DEFT. NO. 04

UNITED STATES OF AMERICA
vs.
Alonzo Duane Davis

§ Suzanne Elmilady + Keshawn Sical AUSA
§ Christopher Goldsmith ☑ CJA

## SENTENCING

☑ ksen. Sentencing held. ☑ Guilty plea ☐ Guilty verdict on 5/24/13, Cts. 2, 7, 9, 17 + 18

☐ ksen. Sentencing held **with contested issues**.

☑ ... SENTENCE: Custody of the Bureau of Prisons for a term of 60 months as to Count 2 to run consecutive to 240 months as to Counts 7 + 9 to run concurrent with 60 months as to Count 17 to run consecutive to 120 months as to Count 18 for a total of 480 months. Supervised Release for a term of 5 years total. Restitution in the amount of $323,613.00. Fine is waived. Objections are overruled + the PSR + all addendums are adopted by the Court.
$~~50~~ $100.00 special assessment on Counts 2, 7, 9, 17 + 18.

☐ ... **Time to serve.**

☑ kdismcntgv. Counts 8, 10, 12 and 14 dismissed on government's motion.

☐ kosurr. Deft ordered to surrender to U.S. Marshal on _____.

☐ ... Deft ordered to surrender to institution when designated.

☐ kcphrg. Change of plea hearing, deft withdraws plea of guilty. (kpstr.).

☐ kjytrl. Jury trial set for _____ at _____.

☐ ko.(bnd.). Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ ... Deft failed to appear, bench warrant to issue.

☐ ... Deft bond ☐ continued ☐ forfeited.

☑ ... Deft remanded to custody.

☑ ... Terminate other settings for this deft.  ☑ Terminate motions for this deft.
OTHER PROCEEDINGS: _____

Copy to: USPO